UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
DOUG BERRY on behalf of himself, and all others,: 
Similarly situated, and the Proposed New York Rule
23 Class,

                        Plaintiffs,

       -against-

LHK PARTNERS INCORPORATED, AMERICAN
INSTITUTE OF CONSUMER STUDIES and
ANDREW LOHAN, an individual,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

15 Civ. 7480 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff is ordered to show cause by March 18, 2016 why this case should not be transferred to the Northern District of New York.

Dated: February 18, 2016
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                      U.S.D.J.

George T. Peters, Esq.
Peters & Associates, PLLC
402 West 145th Street, 2nd Floor
New York, NY 10031
*Counsel for Plaintiff*