UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DOUG BERRY,                                          Civ Action No.:
                                                     1:15-cv-07480-WHP
                              Plaintiff,

       -against-
                                                     **NOTICE OF VOLUNTARY**
LHK PARTNERS INCORPORATED, AMERICAN                  **DISMISSAL**
INSTITUTE OF CONSUMER STUDIES and
ANDREW LOHAN, an individual,

                              Defendants.
------------------------------------------------------------------------X

   TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

   The Plaintiff, Doug Berry, voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice. Plaintiff is, unfortunately, gravely ill and cannot continue with this litigation at this time.

Date:   March 31, 2016

                                        Respectfully submitted,

                                        **LAW OFFICES OF**
                                        **PETERS & ASSOCIATES, PLLC**
                                        *Attorneys for Plaintiffs*
                                        402 West 145th Street, 2nd Floor
                                        New York, New York 10031
                                        Tel: 347.751.0157

                                        By: _____
                                            George T. Peters, Esq. (GP2661)